■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SOLOMON BUTLER, Appellant. — Upon remittitur from the Court of Appeals, judgment, Supreme Court, Bronx County (Schlesinger, J.), rendered on April 3, 1980, unanimously affirmed. No opinion. Concur — Kupferman, J. P., Sandler, Markewich and Fein, JJ.

■ ISRAEL DISCOUNT BANK LIMITED, Appellant, v EFRAIM ROSEN et al., Respondents. — Order, Supreme Court, New York County (Blyn, J.), entered on February 4, 1982, unanimously reversed, on the law, and the motion for summary judgment granted. (See *First Int. Bank of Israel v Blankstein & Son,* 88 AD2d 501.) Appellant shall recover of respondents $75 costs and disbursements of this appeal. No opinion. Concur — Kupferman, J. P., Markewich, Bloom and Milonas, JJ.

■ ISRAEL DISCOUNT BANK LIMITED, Respondent, v BERNARD RAPPAPORT et al., Appellants. — Order, Supreme Court, New York County (Whitman, J.), entered on October 27, 1981, unanimously affirmed. (See *First Int. Bank of Israel v Blankstein & Son,* 88 AD2d 501.) Respondent shall recover of appellant $75 costs and disbursements of this appeal. No opinion. Concur — Kupferman, J. P., Markewich, Bloom and Milonas, JJ.

■ ISRAEL DISCOUNT BANK LIMITED, Respondent, v S & J BLUM INC., Defendant, and LEO SIEGMAN, Appellant. — Appeal from order, Supreme Court, New York County (Whitman, J.), entered on July 15, 1981, unanimously dismissed as moot, the judgment entered thereon having been satisfied, without costs and without disbursements. No opinion. Concur — Kupferman, J. P., Markewich, Bloom and Milonas, JJ.

■ PAULA F. BOYCE, Appellant, v NEW YORK BANK FOR SAVINGS et al., Respondents. — Judgment, Supreme Court, New York County (Helman, J.), entered on June 3, 1981, unanimously affirmed for the reasons stated by Helman, J., at Trial Term. Those respondents submitting briefs shall recover of appellant one bill of $75 costs and disbursements of this appeal. Concur — Sandler, J. P., Silverman, Bloom, Milonas and Kassal, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALBERTO MATA, Appellant. — Judgment, Supreme Court, New York County (Cropper, J.), rendered on November 12, 1980, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur — Sandler, J. P., Sullivan, Ross, Carro and Kassal, JJ.

■ In the Matter of MORTIMER WARFMAN. — Respondent suspended as an attorney and counselor at law immediately pending a motion for disbarment, as indicated in the order of this court. Concur — Murphy, P. J., Sandler, Sullivan, Ross and Milonas, JJ.